Stephen E. McCLELLAND,
Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of the
Virginia Department of Corrections,
Respondent–Appellee.

Stephen E. McClelland, Petitioner–
Appellant,

v.

Ronald J. Angelone, Director of the
Virginia Department of Correc-
tions, Respondent–Appellee.

Stephen E. McClelland, Petitioner–
Appellant,

v.

Ronald J. Angelone, Director of the
Virginia Department of Correc-
tions, Respondent–Appellee.

Nos. 02–6984, 02–7097, 02–7396.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 6, 2002.

Decided Dec. 4, 2002.

Stephen E. McClelland, Appellant Pro
Se. Thomas Drummond Bagwell, Assistant
Attorney General, Richmond, Virginia, for
Appellee.

Before WILLIAM D. WILKINS,
DIANA GRIBBON MOTZ, and
TRAXLER, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

In these consolidated appeals, Stephen
E. McClelland seeks to appeal the district
court's orders denying relief on his petition
filed under 28 U.S.C. § 2254 (2000), and
denying his motions for arbitration and for
appointment of counsel. An appeal may
not be taken to this court from the final
order in a habeas corpus proceeding in
which the detention complained of arises
out of process issued by a state court
unless a circuit justice or judge issues a
certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of ap-
pealability will not issue for claims ad-
dressed by a district court on the merits
absent "a substantial showing of the denial
of a constitutional right." 28 U.S.C.
§ 2253(c)(2) (2000). As to claims dis-
missed by a district court solely on proce-
dural grounds, a certificate of appealability
will not issue unless the petitioner can
demonstrate both "(1) 'that jurists of rea-
son would find it debatable whether the
petition states a valid claim of the denial of
a constitutional right' and (2) 'that jurists
of reason would find it debatable whether
the district court was correct in its proce-
dural ruling.'" *Rose v. Lee,* 252 F.3d 676,
684 (4th Cir.) (quoting *Slack v. McDaniel,*
529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000)), *cert. denied,* —— U.S.
——, 122 S.Ct. 318, 151 L.Ed.2d 237
(2001). We have reviewed the record and
conclude for the reasons stated by the
district court that McClelland has not sat-
isfied either standard. *See McClelland v.
Angelone,* No. CA–01–105–2 (E.D. Va.
filed June 7, 2002, & entered June 10,

2002; filed June 17, 2002, & entered June 18, 2002; Aug. 13, 2002).

Accordingly, we deny certificates of appealability in each appeal and dismiss the appeals. We deny McClelland's motions for appointment of counsel, to reconsider our order deferring action on the motion for appointment of counsel, to transfer the record from state court, and for an evidentiary hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*